UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:06-CR-64 (CFD) |
| | : | |
| v. | : | |
| | : | |
| BRIAN FORBES | : | November 13, 2006 |

## MOTION FOR BILL OF PARTICULARS

The defendant, Brian Forbes, hereby moves, pursuant to Fed. R. Crim. P. 7(f), and the fair trial and due process rights established in the Fifth and Sixth Amendments to the Constitution of the United States, for entry of an order directing the Government to file in writing the following requested particulars which are not contained in the Indictment and which are essential to comprehending the conduct with which he is charged, avoiding surprise, preparing an adequate defense and avoiding double jeopardy.

## Count I

(1) Identify the unnamed individuals known to the grand jury who were participants in the alleged conspiracy.

(2) Identify the unnamed individuals unknown to the grand jury, but known to the government, who were participants in the alleged conspiracy.

(3) State the specific nature of the role played by Brian Forbes in the alleged conspiracy, including any actions taken by him which establish his membership and/or knowing participation.

(4) Identify by name and address and date of birth, consistent with the court's protective order, the women claimed to have been employed or otherwise engaged in

prostitution in the course of the alleged conspiracy, specifying for each such person the dates in which it is claimed that they were involved as prostitutes in this conspiracy.

**Count 3**

(4) Identify by name and address and date of birth, consistent with the court's protective order, the individual described as Minor A.

**Count 5**

(5) Identify by name and address and date of birth, consistent with the court's protective order, the individual described as Minor B.

**Count 6**

(6) Identify by name and address and date of birth, consistent with the court's protective order, the individual described as Minor C.

**Count 7**

(7) With respect to the allegation that force was used to cause said individual to engage in prosecution, specify the dates that force was allegedly used and a brief description of the force that was claimed to be used on such dates.

(8) With respect to the allegation that fraud was used to cause said individual to engage in prosecution, specify the dates that fraud was allegedly used and a brief description of the fraudulent conduct that was claimed to be used on such dates.

(9) With respect to the allegation that coercion was used to cause said individual to engage in prosecution, specify the dates that coercion was allegedly used and a brief description of the coercive conduct that was claimed to be used on such dates.

**Count 8**

(10)  With respect to the allegation that force was used to cause said individual to engage in prosecution, specify the dates that force was allegedly used and a brief description of the force that was claimed to be used on such dates.

(11)  With respect to the allegation that fraud was used to cause said individual to engage in prosecution, specify the dates that fraud was allegedly used and a brief description of the fraudulent conduct that was claimed to be used on such dates.

(12)  With respect to the allegation that coercion was used to cause said individual to engage in prosecution, specify the dates that coercion was allegedly used and a brief description of the coercive conduct that was claimed to be used on such dates.

>Respectfully submitted,
>
>THE DEFENDANT,
>BRIAN FORBES

November 13, 2006

/s/
Michael O. Sheehan
Sheehan & Reeve
139 Orange Street, Suite 301
New Haven, CT   06510
(203) 787-9026 (phone)
(203) 787-9031 (fax)
mosheehan@snet.net
Federal Bar No.  ct05450

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing  has been sent by electronic mail to defense counsel as listed below and by first-class mail, postage prepaid, to government counsel as listed below, on November 13, 2006.

Jeremiah F. Donovan					Richard R. Brown

-3-

| | |
|---|---|
| P.O. Box 554<br>Old Saybrook, CT 06475<br>860-388-3750<br>Fax: 860-388-318<br>donolaw@sbcglobal.net | Brown, Paindiris & Scott<br>100 Pearl St., Ste 1100<br>Hartford, CT 06103<br>860-522-3343<br>Fax: 860-522-2490<br>Email: rbrown@bpslawyers.com |
| Terence S. Ward<br>Federal Public Defender's Office<br>10 Columbus Blvd., 6th Floor<br>Hartford, CT 06106<br>860-493-6260<br>Fax: 860-493-6269<br>Email:Terence_Ward@fd.org | Jon L. Schoenhorn<br>Jon L. Schoenhorn & Associates LLC<br>108 Oak Street<br>Hartford, CT 06106-1514<br>860-278-3500<br>Fax: 860-278-6393<br>Email: civlrights@aol.com |
| Nicholas P. Cardwell<br>Law Offices of Nicholas P. Cardwell<br>108 Oak St.<br>Hartford, CT 06106<br>860-278-6370<br>Fax: 860-527-0838<br>Email: npclaw@snet.net | Alan J. Sobol<br>O'Connell, Flaherty & Attmore<br>280 Trumbull St.<br>Hartford, CT 06103-3598<br>860-548-1300<br>Email: asobol@ofalaw.com |
| C. Thomas Furniss<br>Furniss & Quinn<br>248 Hudson St.<br>Hartford, CT 06106<br>860-527-2245<br>Fax: 860-241-1031<br>Email: c.thomas.furniss@snet.net | James G. Genco<br>U.S. Attorney's Office<br>450 Main St. Room 328<br>Hartford, CT 06103<br>860-947-1101<br>Fax: 860-240-3291<br>Email: Jim.Genco@usdoj.gov |

_____
Michael O. Sheehan